AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Anthony Serra, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:24-cv-40022 |
| New England Patriots LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Anthony Serra.

Date: 02/02/2024

/s/ Christina Gregg
*Attorney's signature*

Christina Gregg (BBO #709220)
*Printed name and bar number*

BERMAN TABACCO
One Liberty Square
Boston, MA 02109
*Address*

cgregg@bermantabacco.com
*E-mail address*

(617) 542-8300
*Telephone number*

(617) 542-1194
*FAX number*

## CERTIFICATE OF SERVICE

I, Christina Gregg, hereby certify that on the 2nd day of February 2024, I caused the foregoing Notice of Appearance of Counsel to be filed electronically with the Clerk of Court by using the CM/ECF system which shall serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

<u>*/s/ Christina Gregg*</u>
Christina Gregg