# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Anthony Serra ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:24-cv-40022 |
| New England Patriots LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintff.

Date:   02/12/2024

/s/ Brett Cebulash
*Attorney's signature*

Brett Cebulash, 2612190 (NY)
*Printed name and bar number*
TAUS, CEBULASH & LANDAU, LLP
123 William St., Suite 1900A
New York, NY 10038

*Address*

bcebulash@tcllaw.com
*E-mail address*

(646) 873-7653
*Telephone number*

*FAX number*