AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Anthony Serra, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-cv-40022-DHH |
| New England Patriots, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Anthony Serra                                                                                          .

Date:   02/12/2024

/s/Daniel C. Hedlund
*Attorney's signature*

Daniel C. Hedlund 258337 MN
*Printed name and bar number*
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Address*

dhedlund@gustafsongluek.com
*E-mail address*

(612) 333-8844
*Telephone number*

(612) 339-6622
*FAX number*