UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Serra,<br><br>    on behalf of himself and all others similarly situated,<br><br>                          *Plaintiff*,<br><br>v.<br><br>New England Patriots LLC,<br><br>                          *Defendant*. | Civil Action No. 4:24-cv-40022-MRG |

**NEW ENGLAND PATRIOTS LLC'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant New England Patriots LLC (the "Patriots") files this motion to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion, the Patriots rely on the accompanying memorandum of law.

WHEREFORE, the Patriots respectfully request that the Court dismiss Plaintiff's Complaint in its entirety, with prejudice, and order such other relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), New England Patriots LLC respectfully requests that the Court hold oral argument on the Motion to Dismiss. New England Patriots LLC believes that oral argument will materially assist the Court in ruling on the Motion.

1

Dated: April 30, 2024                                Respectfully submitted,


/s/ *John P. Carlin*
John P. Carlin (admitted *pro hac vice*)
Peter Carey (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, D.C. 20006
(202) 223-7372
jcarlin@paulweiss.com
pcarey@paulweiss.com

Carter Greenbaum (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3955
cgreenbaum@paulweiss.com

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO#: 698018)
Adam Bookbinder (BBO#: 566590)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4034
srudman@choate.com
abookbinder@choate.com

*Counsel for New England Patriots LLC*

## L.R. 7.1 CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rule 7.1, the parties have met and conferred but have been unable to resolve or narrow the issues presented in this Motion.

/s/ *Carter E. Greenbaum*
Carter E. Greenbaum (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 30, 2024.

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)