UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Serra,<br><br>    on behalf of himself and all others similarly situated,<br><br>                         *Plaintiff*,<br><br>v.<br><br>New England Patriots LLC,<br><br>                         *Defendant*. | Civil Action No. 4:24-cv-40022-MRG |

## DECLARATION OF CARTER E. GREENBAUM IN SUPPORT OF NEW ENGLAND PATRIOTS LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, Carter Greenbaum, declare pursuant to 28 U.S.C. § 1746 as follow:

1. I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant New England Patriots LLC (the "Patriots") in the above-captioned action. I am admitted *pro hac vice* to practice before the United States District Court for the District of Massachusetts, and I make this declaration of my own personal knowledge. I submit this Declaration in Support of the Patriots' Motion to Dismiss Plaintiff's Complaint.

2. Attached as **Exhibit A** is a true and correct copy of the Anvato webpage describing its dashboard, archived on April 14, 2018, and incorporated by reference in Plaintiff's Complaint at ¶ 43 & n.18. It is available at *Reporting*, Anvato, https://web.archive.org/web/20180414022726/

http://www.anvato.com/products/reporting/ (archived April 14, 2018 by Wayback Machine).

3. Attached as **Exhibit B** is a true and correct copy of the Anvato webpage describing ContentID, archived on October 11, 2015, and incorporated by reference in Plaintiff's Complaint at ¶ 45 & n.20. It is available at *ContentID*, Anvato Knows, https://web.archive.org/web/20151011052405/http://www.anvato.com/technology/contentid/ (archived Oct. 11, 2015 by Wayback Machine).

4. Attached as **Exhibit C** are true and correct copies of the Patriots App page in the Apple App Store and Google Play Store, respectively, incorporated by reference in Plaintiff's Complaint at ¶ 15.

5. Attached as **Exhibit D** is a true and correct copy of the Patriots App's Privacy Policy, incorporated by reference in Plaintiff's Complaint at ¶¶ 18-20. It is available at *Privacy Policy*, Patriots (Oct. 12, 2023), https://www.patriots.com/privacy-policy.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2024.

/s/ *Carter E. Greenbaum*
Carter E. Greenbaum (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 30, 2024.

                                  /s/ *Samuel N. Rudman*
                                  Samuel N. Rudman (BBO #: 698018)