# EXHIBIT A

# Quality of Service and User Engagement

web.archive.org/web/20180414022726/http:/www.anvato.com/products/reporting

## REPORTING

Access real-time metrics, player statistics and social metrics via a single intuitive dashboard. Our reporting provides you with a detailed perspective across all delivery channels - including mobile and web. We collect and store billions of metrics and events and make it easier for you to make data-driven decisions.



WHO'S USING IT:

## Real-Time Metrics

Monitor video plays, average bitrates, concurrent plays and more as they happen. Reports are continuously updated and metrics are reported as they occur.



## System Monitoring

Gain visibility and metrics into the hardware and network without impacting performance.



## System-Generated Alerts

To ensure superior Quality of Service, system-generated alerts enable quick problem resolution.



3/4

## Automatic Failover

Never go down again. In the event of a hardware or network failure, business continuity is always maintained. Anvato shifts your work to another instance to ensure no content falls between the cracks.





## Ad Analytics

See who is watching the most ads, where they're being watched and which ones are earning the most revenue.

Request a demo