# EXHIBIT C

Open the Mac App Store to buy and download apps.



# New England Patriots 4+

New England Patriots

Designed for iPad

★★★★★ 3.8 • 502 Ratings

Free

## Screenshots    iPad    iPhone

  

The New England Patriots official app opens unlimited features and content for every Patriots fan: LIVE game commentary, play-by-play statistics, scores, game highlights, the latest team news and much, much more. Fans in New England can listen to the live 98.5 The Sports Hub radio game broadcast*. Plus, there's instant access to the latest news, analysis, roster, and game schedule. Be the first to know about your team direct from Foxborough!

- Live Radio Game Broadcasts*
- Official Patriots News, Analysis, Video, and Photos
- Live Patriots Radio including "Patriots Unfiltered" and Pre & Postgame shows
- Podcasts including "Pats From The Past" – in-depth interviews with Patriots greats!
- Advanced Patriots Game Center with LIVE play-by-play, game commentary and game stats
- Official Roster and Depth Chart plus daily Injury Reports in-season
- Schedule, League Standings, and NFL scores with live game stats from all games in progress!
- Purchase official Patriots merch
- Easy access to the official Patriots social media accounts
- Worldwide Fan Club and sports bar locator
- And so much more!

*GEOGRAPHIC AND DEVICE RESTRICTIONS APPLY. IN-MARKET GAMES ONLY. DATA CHARGES MAY APPLY.

Feedback/Questions: Email web@patriots.com

1/11

## What's New

Version History

Version 23.10.1591

General updates and bug fixes; no ticketing updates in this release.

## Ratings and Reviews

See All

**3.8**
out of 5

502 Ratings

★★★★☆

Elric58, 12/17/2017

**Pretty good, for a watch app.** My only real beef with the app is that it either shows the home team on top when showing scores (home te... more

★★★★★

ghost837, 09/27/2023

**Great package of Pats cont...** Everything from the articles to catching touchdowns, the Patriots app is one of my favorite apps to use. If I n... more

## App Privacy

See Details

The developer, **New England Patriots**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

📊 Usage Data

### Data Linked to You

The following data may be collected and linked to your identity:

📍 Location          ℹ️ Contact Info
🪪 Identifiers       📊 Usage Data



**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

- User Content
- Identifiers
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

**Seller**
Kraft Sports Productions LLC

**Size**
82 MB

**Category**
Sports

**Compatibility**
**iPhone**
Requires iOS 14.3 or later.

**iPad**
Requires iPadOS 14.3 or later.

**iPod touch**
Requires iOS 14.3 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Apple Vision**
Requires visionOS 1.0 or later.

**Languages**
English, French, Spanish

**Age Rating**
4+

**Copyright**
© New England Patriots LLC

**Price**
Free

Developer Website ↗

App Support ↗
Privacy Policy ↗

## Supports


**Wallet**
Get all of your passes, tickets, cards, and more in one place.

## More By This Developer





**Gillette Stadium**
Sports

**KS+E Events**
Business

## You Might Also Like                                       See All









**NESN 360**
Sports

**Boston Celtics**
Sports

**Tampa Bay Buccaneers…**
Sports

**Official Jacksonville…**
Sports

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2024 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map

 Google Play  



# New England Patriots

**New England Patriots**

Contains ads

**4.2★**
11.5K reviews

**1M+**
Downloads

**E**
Everyone 

**Install**

 Share     Add to wishlist

   

 Games     Apps     Movies & TV     Books     Kids 5/11

The New England Patriots official app opens unlimited features and content for every Patriots fan: LIVE game commentary, play-by-play statistics, scores, game highlights, the latest team news and much, much more. Fans in New England can listen to the live 98.5 The Sports Hub radio game broadcast*. Plus, there's instant access to the latest news, analysis, roster, and game schedule. Be the first to know about your team direct from Foxborough!…

Updated on
Nov 17, 2023

Sports

Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

This app may collect these data types
Location, Personal info and 4 others

Data is encrypted in transit

Games | Apps | Movies & TV | Books | Kids 6/11



# New England Patriots

About this app



The New England Patriots official app opens unlimited features and content for every Patriots fan: LIVE game commentary, play-by-play statistics, scores, game highlights, the latest team news and much, much more. Fans in New England can listen to the live 98.5 The Sports Hub radio game broadcast*. Plus, there's instant access to the latest news, analysis, roster, and game schedule. Be the first to know about your team direct from Foxborough!

- Live Radio Game Broadcasts*
- Official Patriots News, Analysis, Video, and Photos
- Live Patriots Radio including "Patriots Unfiltered" and Pre & Postgame shows
- Podcasts including "Pats From The Past" – in-depth interviews with Patriots greats!
- Advanced Patriots Game Center with LIVE play-by-play, game commentary and game stats
- Official Roster and Depth Chart plus daily Injury Reports in-season
- Schedule, League Standings, and NFL scores with live game stats from all games in progress!
- Purchase official Patriots merch
- Easy access to the official Patriots social media accounts
- Worldwide Fan Club and sports bar locator
- And so much more!

*GEOGRAPHIC AND DEVICE RESTRICTIONS APPLY. IN-MARKET GAMES ONLY. DATA CHARGES MAY APPLY.

Feedback/Questions: Email web@patriots.com

7/11

# Ratings and reviews

Ratings and reviews are verified ⓘ

| Phone | Tablet | Watch | Chromebook |



**4.2**
★★★★½
10.9K reviews

A Google user

★★★☆☆  October 19, 2019

This app was great. After some update, videos began stopping at 18 seconds into the video. People have complained about this for at least six months now. Is there a fix coming soon? I have a Samsung S9+. It is still great for everything else, but the videos were one of the best things about the app. I give it three stars in hopes that the issue will get resolved soon.

58 people found this review helpful

Did you find this helpful?   Yes   No



★☆☆☆☆  March 6, 2024

This app is a pile of garbage. Constant crashes trying to watch videos but oh the ads work. Figures. This has been an issue since it was released years ago and has never been fixed. It's still complete garbage.

18 people found this review helpful

Did you find this helpful?   Yes   No

 Erika Fisher

★☆☆☆☆  January 30, 2024

Please fix, the podcasts will play and then stop. The app is up to date as well. This is an on going issue for well over a year now.

8 people found this review helpful

Did you find this helpful?   Yes   No

See all reviews

## What's new

General updates and enhancements.

    
Games        Apps         Movies & TV       Books        Kids



# Google Play

 Seattle Seahawks Mobile
YinzCam, Inc.
3.9★

 Los Angeles Chargers
Chargers Football Company, L
4.2★

 New Orleans Saints Mobile
YinzCam, Inc.
4.7★

 Detroit Lions Mobile
YinzCam, Inc.
4.1★

 Buffalo Bills Mobile
YinzCam, Inc.
4.5★

 Tampa Bay Buccaneers Mo
YinzCam, Inc.
4.5★

🏳 Flag as inappropriate

## Google Play

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

 Games   Apps   Movies & TV   Books   Kids (10/11)



Terms of Service     Privacy     About Google Play     Developers     Google Store

🇺🇸 United States (English (United States))

 Games      Apps      Movies & TV      Books      Kids 11/11