UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY SERRA,<br><br>   on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>NEW ENGLAND PATRIOTS LLC,<br><br>   Defendant. | Case No.: 4:24-cv-40022-MRG |

**ASSENTED-TO MOTION OF THE PLAINTIFF TO EXTEND TIME TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS**

NOW COMES the Plaintiff and requests that the Court extend to June 14, 2024, the time for Plaintiff to respond to the Defendants' Motion to Dismiss (ECF. Nos. 45). In support of this motion to extend, the Plaintiff states as follows:

1. On April 30, 2024, Defendant filed its Motion to Dismiss.  ECF No. 45.

2. Under Local Rules, Plaintiff has until May 14, 2024 to oppose the motion, or, pursuant to Fed. R. Civ. P. 15(a)(1)(B), until May 21, 2024 to file an amendment as a matter of course.

4. Plaintiff is working diligently on a response but requests additional time to respond. There is no prejudice to any party, and Defendant previously requested and received a 60-day extension to its time to file their motion to dismiss.

5. Pursuant to Rule 7.1, Plaintiff's counsel conferred with counsel for Defendant, who assent to the relief requested herein.

For the foregoing reasons, Plaintiff requests that the Court grant an extension to June 14, 2024, to respond to the Defendant's motion or file a first Amended Complaint.

Dated:  May 7, 2024                                     Respectfully submitted,

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail:  pegan@bermantabacco.com
            norenstein@bermantabacco.com
            cgregg@bermantabacco.com

Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Kenneth A. Wexler (*pro hac vice*)
Justin N. Boley (*pro hac vice*)
Zoran Tasić (*pro hac vice*)
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450,
Chicago, IL 60606
Tel: 312-346-2222
Fax: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

Kevin Landau (*pro hac vice*)
Brett Cebulash (*pro hac vice*)
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A,

New York, NY 10038  
Tel: 212-931-0704  
klandau@tcllaw.com  
bcebulash@tcllaw.com  

*Counsel for Plaintiff Anthony Serra and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF).

May 7, 2024                          */s/ Nathaniel L. Orenstein*
                                     Nathaniel L. Orenstein