**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY SERRA,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND PATRIOTS LLC,<br><br>Defendant. | Case No. 4:24-CV-40022-MRG |

**NEW ENGLAND PATRIOTS LLC'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant New England Patriots LLC respectfully requests leave of the Court to file the accompanying reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, ECF No. 50, which is attached as Exhibit 1, along with a supplemental supporting declaration from Carter E. Greenbaum, which is attached as Exhibit 2. The proposed reply memorandum succinctly responds to Plaintiff's opposition brief in 10 pages. Defendant respectfully submits that this reply will be helpful to the Court in assessing the erroneous legal arguments raised in Plaintiff's Opposition.

Plaintiff assents to Defendant's request to file a reply brief.

Defendant also requested oral argument in its Motion to Dismiss. Plaintiff has confirmed that he also believes oral argument would be appropriate in this case.

Dated: June 26, 2024

Respectfully submitted,

/s/ *John P. Carlin*
John P. Carlin (admitted *pro hac vice*)
Peter Carey (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, D.C. 20006
(202) 223-7372
jcarlin@paulweiss.com
pcarey@paulweiss.com

Carter Greenbaum (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3955
cgreenbaum@paulweiss.com

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO#: 698018)
Adam Bookbinder (BBO#: 566590)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4034
srudman@choate.com
abookbinder@choate.com

*Counsel for New England Patriots LLC*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that Defendant conferred with Plaintiff about the relief requested herein and that Plaintiff is unopposed to the requested relief.

/s/ *Carter E. Greenbaum*
Carter E. Greenbaum (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 26, 2024.

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)