**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Anthony Serra,

on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

New England Patriots LLC,

*Defendant*.

Civil Action No. 4:24-cv-40022-MRG

**[PROPOSED] SUPPLEMENTAL DECLARATION OF CARTER E. GREENBAUM IN FURTHER SUPPORT OF NEW ENGLAND PATRIOTS LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Carter Greenbaum, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant New England Patriots LLC (the "Patriots") in the above-captioned action. I am admitted *pro hac vice* to practice before the United States District Court for the District of Massachusetts, and I make this declaration of my own personal knowledge. I submit this Supplemental Declaration in Further Support of the Patriots' Motion to Dismiss Plaintiff's Complaint.

2. Attached as **Exhibit E** is a true and correct copy of the IAB Video Privacy Protection Act Litigation Preparation & Defense Toolkit, downloaded on June 23, 2024, describing prevailing industry practice on what is required for users to become "subscribers" under the VPPA. It is available at *Video Privacy Protection Act (VPPA) Litigation Preparation & Defense Toolkit*, IAB,

https://www.iab.com/guidelines/video-privacy-protection-act-litigation-preparation-defense-toolkit/.

3. Attached as **Exhibit F** is a true and correct copy of the First Amended Complaint in *Saunders* v. *Hearst Television, Inc,* No. 1:23-cv-10998 (May 5, 2023 D. Mass.), ECF No. 22 (Aug. 9, 2023).

4. Attached as **Exhibit G** is a true and correct copy of the First Amended Complaint in *Louth* v. *NFL Enterprises LLC*, No. 1:21-cv-00405 (Oct. 5, 2021 D. R.I), ECF No. 14 (Jan. 3, 2022).

5. Attached as **Exhibit H** is a true and correct copy of the Patriots App's Privacy Policy as of January 14, 2019, in effect since September 4, 2018. It is available at *Privacy Policy*, Patriots, https://web.archive.org/web/20190114014543/https://www.patriots.com/privacy-policy (archived Jan. 14, 2019 by Wayback Machine).

6. Attached as **Exhibit I** is a true and correct copy of the Patriots App's Privacy Policy as of January 23, 2022, in effect since November 3, 2020. It is available at *Privacy Policy*, Patriots, https://web.archive.org.web/20220123011126/https://www.patriots.com/privacy-policy (archived Jan. 23, 2022 by Wayback Machine).

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024.

/s/ *Carter E. Greenbaum*
Carter E. Greenbaum (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 26, 2024.

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)