**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Anthony Serra,

on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

New England Patriots LLC,

*Defendant*.

Civil Action No. 4:24-cv-40022-MRG

**Leave to file granted on November 19, 2024**

**SUPPLEMENTAL DECLARATION OF CARTER E. GREENBAUM**
**IN FURTHER SUPPORT OF NEW ENGLAND PATRIOTS LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Carter Greenbaum, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant New England Patriots LLC (the "Patriots") in the above-captioned action. I am admitted *pro hac vice* to practice before the United States District Court for the District of Massachusetts, and I make this declaration of my own personal knowledge. I submit this Supplemental Declaration in Further Support of the Patriots' Motion to Dismiss Plaintiff's Complaint.

2. Attached as **Exhibit E** is a true and correct copy of the IAB Video Privacy Protection Act Litigation Preparation & Defense Toolkit, downloaded on June 23, 2024, describing prevailing industry practice on what is required for users to become "subscribers" under the VPPA. It is available at *Video Privacy Protection Act (VPPA) Litigation Preparation & Defense Toolkit*, IAB,

https://www.iab.com/guidelines/video-privacy-protection-act-litigation-preparation-defense-toolkit/.

3. Attached as **Exhibit F** is a true and correct copy of the First Amended Complaint in *Saunders* v. *Hearst Television, Inc,* No. 1:23-cv-10998 (May 5, 2023 D. Mass.), ECF No. 22 (Aug. 9, 2023).

4. Attached as **Exhibit G** is a true and correct copy of the First Amended Complaint in *Louth* v. *NFL Enterprises LLC*, No. 1:21-cv-00405 (Oct. 5, 2021 D. R.I), ECF No. 14 (Jan. 3, 2022).

5. Attached as **Exhibit H** is a true and correct copy of the Patriots App's Privacy Policy as of January 14, 2019, in effect since September 4, 2018. It is available at *Privacy Policy*, Patriots, https://web.archive.org/web/20190114014543/https://www.patriots.com/privacy-policy (archived Jan. 14, 2019 by Wayback Machine).

6. Attached as **Exhibit I** is a true and correct copy of the Patriots App's Privacy Policy as of January 23, 2022, in effect since November 3, 2020. It is available at *Privacy Policy*, Patriots, https://web.archive.org.web/20220123011126/https://www.patriots.com/privacy-policy (archived Jan. 23, 2022 by Wayback Machine).

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024.

/s/ *Carter E. Greenbaum*
Carter E. Greenbaum (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) November 19, 2024.

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)