**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY SERRA,<br>on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NEW ENGLAND PATRIOTS LLC,<br><br>*Defendant*. | Civil Action No.: 4:24-cv-40022-MRG |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff Anthony Serra respectfully submits this Notice of Supplemental Authority to apprise the Court of the Oct. 15, 2024, decision of the United States Court of Appeals for the Second Circuit in *Salazar v. Nat'l Basketball Ass'n*, 118 F.4th 533 (2d Cir. 2024) (attached hereto as Exhibit A). The Second Circuit vacated the district court's dismissal, finding that Salazar's subscription to the Defendant's newsletter was a qualifying "good or service" that made Salazar a "consumer" under the VPPA.

The Court considered the decision in *Yershov v. Gannett Satellite Info. Network, Inc.*, 820 F.3d 482 (1st Cir. 2016), and, in adopting their reasoning, found that no monetary exchange was necessary for Salazar to become a subscriber under the VPPA, and that the plaintiff provided his email address, IP address, and cookies associated with his device to the defendant when he subscribed to the NBA's newsletter, was sufficient such that he became a "subscriber of", and thus a "consumer" of the NBA for the purposes of the VPPA. Ex. A, at 552–553.

Defendant relied upon the fact that the Second Circuit had not yet adopted the reasoning in *Yershov* in making their arguments for their motion to dismiss. Indeed, it misleadingly relied on the lower court opinion, *Salazar v. Nat'l Basketball Ass'n*, 685 F. Supp. 3d 232, 245 (S.D.N.Y. 2023), in its reply brief supporting its motion to dismiss, despite the opinion already having been overturned. Def. Reply Br. Supp. Mot. to Dismiss 3, ECF No.54. Accordingly, the Plaintiff hereby submits this decision as further support for denying Defendant's motion to dismiss in this case.

Dated: November 25, 2024

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
norenstein@bermantabacco.com
pegan@bermantabacco.com
cgregg@bermantabacco.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Joe E. Nelson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
jnelson@gustafsongluek.com

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450,
Chicago, IL 60606
Tel: 312-346-2222

Fax: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

Kevin Landau
Brett Cebulash
Joshua O. Hall
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A,
New York, NY 10038
Tel: 212-931-0704
klandau@tcllaw.com
bcebulash@tcllaw.com
jhall@tcllaw.com

***Attorneys for Plaintiff and the Proposed Class***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

Dated: November 25, 2024

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein