UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ANTHONY SERRA,

    on behalf of himself and all others similarly situated,

           *Plaintiff,*

v.

NEW ENGLAND PATRIOTS LLC,

           *Defendant.*

Civil Action No. 4:24-cv-40022-MRG

## JOINT MOTION FOR STAY

Plaintiff Anthony Serra ("Plaintiff") and Defendant New England Patriots LLC (collectively, the "Parties"), hereby jointly move for an order staying this action to finalize negotiations seeking a resolution of this case. In support of this motion, the Parties state:

1. On February 1, 2024, Plaintiff filed its putative class action complaint against New England Patriots LLC alleging violation of the Video Privacy Protection Act, 18 USC § 2710, *et seq.* (D.E. 1.)

2. On April 30, 2024 New England Patriots LLC moved to dismiss the class action complaint. (D.E. 45.)

3. On June 14, 2024, Plaintiff opposed the motion to dismiss. (D.E. 50.)

4. The Parties now seek entry of a stay for the purpose of finalizing negotiations with a respect to a settlement. The Parties represent there is good cause for this request and undue delay will not result. *See Microfinancial, Inc. v. Premier Holidays Int'l, Inc.,* 385 F.3d 72, 77 (1st Cir. 2004) (*citing Landis v. North Amer. Co.*, 299 U.S. 248,

254–55 (1936)) ("It is apodictic that federal courts possess the inherent power to stay proceedings for prudential reasons.")

5. The Parties anticipate finalizing the class action settlement documents and filing a motion seeking preliminary approval of the class action settlement within forty-five days.

6. The Parties believe that judicial economy and the interests of the Parties would be served by a stay of this action to preserve the status quo while the Parties finalize these negotiations.

7. The Parties make this request for stay jointly, and as such, a stay will not prejudice either party.

**WHEREFORE**, for the foregoing reasons, Plaintiff Anthony Serra and Defendant New England Patriots LLC respectfully request that this Court enter a stay pending the submission on or before Mach 14, 2025 of either (1) a motion for preliminary approval or (2) a joint status report updating the Court on the status of a settlement agreement.

Dated: February 3, 2025                                              Respectfully submitted,

/s/ Nathaniel L. Orenstein
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
pegan@bermantabacco.com
norenstein@bermantabacco.com
cgregg@bermantabacco.com

Daniel C. Hedlund (admitted *pro hac vice*)
Daniel J. Nordin (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin N. Boley (admitted *pro hac vice*)
Zoran Tasić (admitted *pro hac vice*)
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: 312-346-2222
Fax: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

Kevin Landau (admitted *pro hac vice*)
Brett Cebulash (admitted *pro hac vice*)
TAUS, CEBULASH & LANDAU LLP
123 William Street, Suite 1900A,
New York, NY 10038
Tel: 212-931-0704
klandau@tcllaw.com

/s/ John P. Carlin
John P. Carlin (admitted *pro hac vice*)
Peter Carey (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, D.C. 20006
(202) 223-7372
jcarlin@paulweiss.com
pcarey@paulweiss.com

Carter Greenbaum (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3955
cgreenbaum@paulweiss.com

/s/ Samuel N. Rudman
Samuel N. Rudman (BBO#: 698018)
Adam Bookbinder (BBO#: 566590)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4034
srudman@choate.com
abookbinder@choate.com

*Counsel for New England Patriots LLC*

bcebulash@tcllaw.com

*Counsel for Plaintiff Anthony Serra and the
Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

*/s/ Samuel N. Rudman*
Samuel N. Rudman
