UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ANTHONY SERRA,

    on behalf of himself and all others similarly situated,

                *Plaintiff*,

    v.

NEW ENGLAND PATRIOTS LLC,

                *Defendant*.

Civil Action No. 4:24-cv-40022-MRG

**JOINT MOTION TO EXTEND STAY**

Plaintiff Anthony Serra ("Plaintiff") and Defendant New England Patriots LLC (collectively, the "Parties"), hereby jointly update the Court on the status of settlement negotiations and move for an order to extend the stay in this action until April 14, 2025, to finalize those settlement negotiations and execute all appropriate documentation. In support of this motion, the Parties state:

1. On February 3, 2025, the Parties moved for a Joint Motion to Stay due to ongoing settlement negotiations.

2. On February 4, 2025, the Court issued an Order granting the Joint Motion to Stay, which required the Parties to submit, on or before March 14, 2025, either (1) a motion for preliminary approval or (2) a joint status report updating the Court on the status of a settlement agreement.

3. The Parties are pleased to report that they are making progress finalizing the settlement agreement and related documentation, but need additional time beyond March 14,

2025, to complete negotiating and finalizing those documents. Those documents include the motion for preliminary approval, settlement agreement, and all exhibits related to the settlement agreement (the "Settlement Package").

4. The Parties believe that judicial economy and the interests of the Parties would be served by a continued stay of this action to preserve the status quo while the Parties finalize these negotiations, and that no Parties will be prejudiced by this additional time.

5. The Parties believe that they will be able to finish finalizing this documentation by April 14, 2025.

For the foregoing reasons, Plaintiff Anthony Serra and Defendant New England Patriots respectfully request that this Court's stay be extended, pending the submission on or before April 14, 2025, of either (1) the Settlement Package, or (2) another joint status report updating the Court on the status of a settlement agreement.

Dated: March 14, 2025                                        Respectfully submitted,

*/s/ Nathaniel L. Orenstein*                                   */s/ John P. Carlin*
Nathaniel L. Orenstein (BBO #664513)         John P. Carlin (admitted *pro hac vice*)
Patrick T. Egan (BBO #637477)                    Peter Carey (admitted *pro hac vice*)
Christina L. Fitzgerald (BBO #709220)         Paul, Weiss, Rifkind, Wharton & Garrison LLP
BERMAN TABACCO                                        2001 K Street NW
One Liberty Square                                         Washington, D.C. 20006
Boston, MA 02109                                           (202) 223-7372
Telephone: (617) 542-8300                            jcarlin@paulweiss.com
Facsimile: (617) 542-1194                             pcarey@paulweiss.com
pegan@bermantabacco.com
norenstein@bermantabacco.com                Carter Greenbaum (admitted *pro hac vice*)
cfitzgerald@bermantabacco.com                 Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                                         1285 Avenue of the Americas
Daniel C. Hedlund (admitted *pro hac vice*)   New York, NY 10019-6064
Daniel J. Nordin (admitted *pro hac vice*)     (212) 373-3955
GUSTAFSON GLUEK PLLC                              cgreenbaum@paulweiss.com
Canadian Pacific Plaza

120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin N. Boley (admitted *pro hac vice*)
Zoran Tasić (admitted *pro hac vice*)
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: 312-346-2222
Fax: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

Kevin Landau (admitted *pro hac vice*)
Brett Cebulash (admitted *pro hac vice*)
TAUS, CEBULASH & LANDAU LLP
123 William Street, Suite 1900A, New York, NY 10038
Tel: 212-931-0704
klandau@tcllaw.com
bcebulash@tcllaw.com

*Counsel for Plaintiff Anthony Serra and the Proposed Class*

/s/ Samuel N. Rudman
Samuel N. Rudman (BBO#: 698018)
Adam Bookbinder (BBO#: 566590)
Choate, Hall & Stewart LLP
Two International Place Boston, MA 02110
(617) 248-4034
srudman@choate.com
abookbinder@choate.com

*Counsel for New England Patriots LLC*

3

**RULE 7.1(a)(2) CERTIFICATION**

 Counsel for Plaintiff certifies that they have conferred with Defendants' counsel, who join in this motion.

                */s/ Nathaniel L. Orenstein*
                Nathaniel Orenstein

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

                */s/ Nathaniel L. Orenstein*
                Nathaniel L. Orenstein