IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY SERRA, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-40022-MRG |
| Plaintiff, | Hon. Margaret R. Guzman |
| *v.* | |
| NEW ENGLAND PATRIOTS LLC, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Anthony Serra, through undersigned counsel and on behalf of the proposed Settlement Class, respectfully moves this Court pursuant to Federal Rule of Civil Procedure Rule 23(e) for entry of an Order:[1] (1) finding it will likely approve the Settlement and certify the Settlement Class for purposes of judgment on the proposed Settlement; (2) appointing Plaintiff as Class Representative for the Settlement Class; (3) appointing Berman Tabacco, Gustafson Gluek, PLLC, Wexler Boley & Elgersma LLP, and Taus, Cebulash & Landau, LLP as Class Counsel; (4) directing notice to the Settlement Class and approving the form and manner thereof; (5) authorizing retention of Epiq Class Action and Claims Solutions, Inc. as Settlement Administrator; and (6) setting a schedule for final approval of the Settlement and Plaintiff's request for attorneys' fees and expenses.

In support of this Motion, Plaintiff respectfully submits his Memorandum of Law in

---

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the proposed Class Action Settlement ("Settlement" or "Settlement Agreement"). The Settlement Agreement and its exhibits are attached as Exhibit 1 to the Declaration of Nathaniel L. Orenstein in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement filed herewith.

Support of Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement, the

Declaration of Nathaniel L. Orenstein in Support of Plaintiff's Motion for Preliminary Approval

of Proposed Class Action Settlement and exhibits thereto, as well as the attached Proposed Order

Preliminarily Approving Proposed Class Action Settlement.

      Defendants do not oppose the relief requested in this Motion.

Dated: May 8, 2025                                 Respectfully submitted,

                                   **PLAINTIFF ANTHONY SERRA**

                                 */s/ Nathaniel L. Orenstein*
                                 Nathaniel L. Orenstein (BBO #664513)
                                 Patrick T. Egan (BBO #637477)
                                 Christina L. G. Fitzgerald (BBO #709220)
                                 **BERMAN TABACCO**
                                 One Liberty Square
                                 Boston, MA 02109
                                 Telephone: (617) 542-8300
                                 norenstein@bermantabacco.com
                                 pegan@bermantabacco.com
                                 cfitzgerald@bermantabacco.com

                                 Kevin Landau
                                 Brett Cebulash
                                 Joshua O. Hall
                                 **Taus, Cebulash & Landau, LLP**
                                 123 William Street, Suite 1900A,
                                 New York, NY 10038
                                 Tel: 212-931-0704
                                 klandau@tcllaw.com
                                 bcebulash@tcllaw.com
                                 jhall@tcllaw.com

                                 Daniel E. Gustafson
                                 Daniel C. Hedlund
                                 Daniel J. Nordin
                                 Joe E. Nelson
                                 **GUSTAFSON GLUEK PLLC**
                                 Canadian Pacific Plaza
                                 120 South Sixth Street, Suite 2600
                                 Minneapolis, Minnesota 55402
                                 dgustafson@gustafsongluek.com

dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
jnelson@gustafsongluek.com

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450,
Chicago, IL 60606
Tel: 312-346-2222
Fax: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

*Counsel for Plaintiff*

## RULE 7.1(a)(2) CERTIFICATION

Counsel for Plaintiff certifies that they have conferred with Defendants' counsel, who do not oppose the relief requested herein.

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein

## CERTIFICATE OF SERVICE

I, Nathaniel L. Orenstein, hereby certify that on May 8, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: May 8, 2025

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein