IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY SERRA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW ENGLAND PATRIOTS LLC,<br><br>  Defendant. | Case No. 4:24-cv-40022-MRG<br><br>Hon. Margaret R. Guzman |

**DECLARATION OF NATHANIEL L. ORENSTEIN
IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Nathaniel L. Orenstein, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm Berman Tabacco and am counsel of record for Lead Plaintiff in the above-captioned action. I am admitted to practice in the Commonwealth of Massachusetts and in this Court and submit this Declaration in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Class Action Settlement Agreement entered into between Plaintiff and Defendant on May 8, 2025, as well as exhibits A through G thereto.

3. During the pendency of the motion to dismiss, the Parties discussed the prospect of resolution this matter.  As part of these discussions, and pursuant to Federal Rule of Evidence 408, Defendant provided Plaintiff with information about how the Patriots App operated during the relevant time period, the information that the Patriots received through the Patriots App, the third-party technologies that allegedly received Plaintiff's personally identifying information and the information they received, and the potential class size (there are an estimated 105,000 class members)

1

(the "Rule 408 Materials").  The parties also had extensive discussions about the specific strengths and weaknesses of Plaintiff's claims and Defendant's defenses.  These discussions took place over a number of months directly between counsel and were at all times at arms' length.  The parties reached an agreement in principle on January 31, 2025.

4. Throughout the pendency of this action, Plaintiff has adequately and vigorously represented his fellow Class Members. He has spent significant time assisting his counsel, including by providing pertinent information regarding his use of the Patriots App.  Plaintiff has no interests in conflict with those of the Settlement Class.

5. Class Counsel have extensive experience and expertise representing plaintiffs, litigating, trying, and negotiating favorable settlements in complex antitrust, securities, healthcare, and consumer privacy cases like this one, throughout the country.  Courts across the country have recognized Class Counsel's experience in complex class litigation and their skilled and effective representation.  Attached as exhibits hereto are a true and correct copies of Class Counsel's resumes consisting of Taus, Cebulash & Landau, LLP's firm resume (Exhibit 2), Gustafson Gluek PLLC's firm resume (Exhibit 3), Wexler Boley & Elgersma LLP's firm resume (Exhibit 4), and Berman Tabacco's firm resume (Exhibit 5).

6. Class Counsel conducted an extensive pre-filing investigation which allowed Class Counsel to adequately assess the merits of Plaintiff's case.  Based on Class Counsel's pre-filing investigation and review of the Rule 408 Materials, as well as our extensive relevant experience, Class Counsel were able to assess the strengths and weaknesses of Plaintiff's case and have concluded that the Settlement provides exceptional results for the Class while avoiding the costs, delays, and uncertainties of continued litigation.

7. Attached hereto as Exhibit 6, is a true and correct copy of the Declaration of Cameron

R. Azari, Esq. Regarding Notice Plan (Azari Decl.). Attorney Azari is a representative of Epiq Class Action and Claims Solutions, Inc., who Plaintiff propose to administer this settlement. The Azari Decl. details the Notice Plan, claims process, and other details about the administration of the Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2025 in Boston, Massachusetts.

                                                                               /s/ Nathaniel L. Orenstein
Nathaniel L. Orenstein (BBO #664513)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
norenstein@bermantabacco.com

## CERTIFICATE OF SERVICE

I, Nathaniel L. Orenstein, hereby certify that on May 8, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: May 8, 2025                                      /s/ Nathaniel L. Orenstein
                                                              Nathaniel L. Orenstein