EXHIBIT 3



Firm Resume

**MINNEAPOLIS OFFICE**
**120 South Sixth Street**
**Suite 2600**
**Minneapolis, MN 55402**

**CALIFORNIA OFFICE**
**600 W. Broadway**
**Suite 3300**
**San Diego, CA 92101**

**p. 612-333-8844**
**www.gustafsongluek.com**

# **Table of Contents**

Firm Overview ................................................................................................................... 1

Leadership Positions ....................................................................................................... 2

Case Outcomes ................................................................................................................ 5

    Antitrust ........................................................................................................................ 5

    Consumer Protection ................................................................................................. 8

    Data Breach ................................................................................................................. 9

    Product Liability ........................................................................................................ 11

    Intellectual Property & Patent Misuse ................................................................. 12

Appellate Advocacy ...................................................................................................... 14

Practice Areas and Current Cases ............................................................................. 16

    Antitrust ...................................................................................................................... 16

    Consumer Protection ............................................................................................... 19

    Constitutional Litigation .......................................................................................... 22

    Data Breach ............................................................................................................... 24

    Product Liability ........................................................................................................ 26

Pro Bono & Community ................................................................................................. 29

Our Professionals .......................................................................................................... 31

# Firm Overview

Gustafson Gluek PLLC is a 22-attorney law firm with a national practice specializing in complex litigation. The firm has offices in Minneapolis, Minnesota and San Diego, California. Gustafson Gluek attorneys seek to vindicate the rights of, and recover damages for, those harmed by unfair business practices, such as illegal price fixing, deceptive trade practices, and the distribution of unsafe medical devices, as well as enjoin companies from engaging in these types of practices in the future.

Founded in 2003, Gustafson Gluek's attorneys have consistently been recognized by their clients, peers, and courts across the country as leaders in their fields. They have been chosen to lead some of the largest and most complex multi-district litigations. Attorneys at Gustafson Gluek have received national and statewide awards and honors and are routinely called upon by other leading firms to assist in taking on some of the largest companies and defense firms in the world. Gustafson Gluek was named number six in the Top 25 Lead Counsel in antitrust complaints filed from 2009 – 2022 in the 2022 Antitrust Annual Report produced by the University of San Francisco Law School and The Huntington National Bank. Gustafson Gluek was also listed as sixteenth among firms with the highest number of antitrust settlements and in the top 25 Lead Counsel in Class Recoveries. Finally, our firm had four antitrust class cases to obtain final approval of settlements in 2022.

Core values of Gustafson Gluek include supporting the community and promoting diversity in the legal profession. Its attorneys have held leadership positions and actively participate in numerous national, statewide and affinity-based legal organizations, including the Federal Bar Association, the Fund for Legal Aid Board, Minnesota State Bar Association, the Infinity Project, Minnesota Women Lawyers, Minnesota Association of Black Lawyers, the Lavender Bar Association and American Antitrust Institute. Gustafson Gluek was instrumental in founding the Pro Se Project, a collaboration with the Minnesota District Court pairing indigent federal litigants with attorneys. Gustafson Gluek devotes hundreds of hours each year to pro bono service through the Pro Se Project and other organizations.

# Leadership Positions

Gustafson Gluek's attorneys are frequently recognized by their peers and the courts as experienced and capable leaders and, as such, have been appointed to lead numerous complex litigations, including the following:

**Crowell v. FCA USA LLC (D. Del.)**
*Interim Co-Lead Counsel*

**In re 3M Combat Arms Earplug Litig. (Minn.)**
*Co-Lead Counsel*

**In re Bank of America Unauthorized Account Opening Litig. (W.D.N.C.)**
*Co-Lead Class Counsel*

**In re Broiler Chicken Antitrust Litig. (N.D. Ill.)**
*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

**In re Change Healthcare, Inc. Customer Data Security Breach Litig. (D. Minn.)**
*Overall Lead Counsel*

**In re CenturyLink Residential Customer Billing Disputes Litig. (D. Minn.)**
*Executive Committee Chair*

**In re Crop Inputs Antitrust Litig. (E.D. Mo.)**
*Co-Lead Counsel*

**In re Dealer Management Systems Antitrust Litig. (N.D. Ill.)**
*Plaintiffs' Steering Committee*

**In re Deere & Company Repair Services Antitrust Litig. (N.D. Ill.)**
*Co-Lead Counsel*

**In re DPP Beef Litig. (D. Minn.)**
*Co-Lead Counsel*

**In re DRAM Antitrust Litig. (N.D. Cal. and multiple state court actions)**
*Co-Lead Counsel for Indirect Purchasers*

**In re Eyewear Antitrust Litig. (S.D.N.Y.)**

*Co-Lead Counsel for the Putative Direct Purchaser Class*

***In re Flash Memory Antitrust Litig.* (N.D. Cal.)**
*Plaintiffs' Steering Committee*

***In re Google Digital Publisher Antitrust Litig.* (N.D. Cal.)**
*Plaintiffs' Leadership Committee*

***In re Granulated Sugar Antitrust Litig.* (D. Minn.)**
*Plaintiffs' Steering Committee for the Direct Purchaser Plaintiffs*

***In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)**
*Co-Lead Counsel*

***In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn.)**
*Co-Lead Counsel*

***In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.* (D. Minn.)**
*Lead Counsel*

***In re Net Gain Data Breach Litig.* (D. Minn.)**
*Executive Committee*

***In re Pacific Market International, LLC Stanley Tumbler Litig. (W.D. Wash.)***
*Interim Executive Committee*

***In re Pork Antitrust Litig.* (D. Minn.)**
*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

***In re Regents of the University of Minnesota Data Litig.* (Minn.)**
*Lead Counsel*

***In re Syngenta Litig.* (Minn.)**
*Co-Lead Class Counsel, Settlement Counsel*

***In re Vitamin C Antitrust Litig.* (E.D.N.Y.)**
*Co-Lead Counsel for Indirect Purchasers*

***Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)**

*Co-Lead Counsel*

***Powell Prescription Center v. Surescripts, LLC* (N.D. Ill.)**
*Lead Counsel Committee*

***Quaife, et al. v. Brady Martz Data Securities Litig.* (D.N.D.)**
*Interim Co-Lead Counsel*

***St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.* (D. Minn.)**
*Interim Class Counsel*

***Vikram Bhatia, D.D.S., et al., v. 3M Company* (D. Minn.)**
*Co-Lead Counsel*

# Case Outcomes

Gustafson Gluek has recovered billions of dollars on behalf of its clients since its founding in 2003. Gustafson Gluek has helped vindicate the rights of, and recover damages for, those harmed by unfair business practices such as illegal price-fixing, deceptive trade practices, and the distribution of unsafe or defective devices, as well as enjoin companies from engaging in these types of practices in the future. A list of representative cases previously litigated by the firm and their outcomes are set forth below.

## Antitrust

### *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)

Gustafson Gluek was an integral part of the team representing a class of indirect purchases of various automotive components. Plaintiffs alleged that defendants engaged in a sprawling price-fixing conspiracy to artificially increase the price of several different automobile components. Gustafson Gluek helped recover over $1.2 billion for the class.

### *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)

Gustafson Gluek was appointed as a member of the Damages and Litigation Committees representing a class of subscribers of Blue Cross Blue Shield insurance in multiple states. Plaintiffs alleged the defendants entered into a de facto price allocation agreement via the "licensing" agreements for use of the Blue Cross Blue Shield name and trademarks. The parties reached a settlement totaling $2.67 billion for the class. Settling Defendants also agreed to make changes in the way they do business that Plaintiffs believe will increase the opportunities for competition in the market for health insurance.

### *In re Capacitors Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek represented a class of indirect purchasers of electrolytic or film capacitors. Plaintiffs alleged that at least fifteen multinational corporations conspired to fix the prices of capacitors that they manufactured and sold

worldwide and into the United States. Gustafson Gluek attorneys worked closely with Lead Counsel throughout the litigation, which eventually recovered $84.49 million for the class.

### *In re Containerboard Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek represented a class of direct purchasers of containerboard products and was a defendant team leader. Plaintiffs alleged that defendant containerboard manufacturers conspired to fix the price of containerboard. As a team leader, Gustafson Gluek handled all aspects of discovery, including the depositions of several senior executives. Gustafson Gluek helped to secure over $376 million for the class.

### *In re Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek represented a class of direct purchasers of CRT screens used for computer monitors and televisions. Plaintiffs alleged that defendants conspired to fix the price of these products in violation of the antitrust laws. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class action, which resulted in settlements totaling $225 million for the class.

### *In re DRAM Antitrust Litig.* (N.D. Cal. and multiple state courts)

Gustafson Gluek was appointed Co-Lead Counsel for the indirect purchasers in this nationwide class action against both national and international memory-chip manufacturers. This case dealt with the conspiracy surrounding the pricing of the memory chips commonly known as Dynamic Random Access Memory (or DRAM). DRAM is used in thousands of devices on a daily basis, and Gustafson Gluek was integral in achieving a settlement of $310 million for the class.

### *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek has been appointed as a member of the Steering Committee representing a class of car dealerships. Plaintiffs allege that defendants unlawfully entered into an agreement that reduced competition and increased prices in the market for Dealer Management Systems ("DMS") and data

integration services related to DMS. Plaintiffs have reached a settlement with one defendant but continue to litigate against the remaining defendants.

### *In re Domestic Drywall Antitrust Litig.* (E.D. Pa.)

Gustafson Gluek represented a class of direct purchasers of drywall in this antitrust case.  Plaintiffs alleged the defendant manufacturers conspired to artificially increase the price of drywall.  Gustafson Gluek played an active role in the litigation.  A class was certified, and Gustafson Gluek helped recover over $190 million for the class.

### *In re Lithium Ion Batteries Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek represented a class of direct purchasers of lithium ion batteries in a multidistrict class action.  Plaintiffs alleged collusive activity by the world's largest manufacturers of lithium ion batteries, which are used in devices such as cellular phones, cameras, laptops and tablets. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class and helped recover over $139 million for the class.

### *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)

Gustafson Gluek served as Co-Lead Counsel with two other firms representing a class of indirect purchasers of interior molded doors. Plaintiffs alleged that two of the country's largest interior molded door manufacturers conspired to inflate prices in the market. Defendants settled with the class for $19.5 million.

### *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.* (E.D.N.Y.)

Gustafson Gluek was Co-Lead Counsel representing a class of direct purchasers of freight forwarding services in this international case against 68 defendants. Plaintiffs alleged that defendants engaged in an international conspiracy to fix, inflate, and maintain various charges and surcharges for freight forwarding services in violation of U.S. antitrust laws. Gustafson Gluek worked to secure over $450 million for the class.

### *In re Resistors Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek worked closely with Lead Counsel representing indirect purchasers of linear resistors. Plaintiffs alleged that the defendant manufacturers conspired to increase the price of linear resistors, thereby causing indirect purchasers to pay more. After engaging in extensive discovery, Plaintiffs recovered a total of $33.4 million in settlements for the indirect purchaser class.

### *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek served an integral role handling complex discovery issues in this antitrust action representing individuals and entities that purchased LCD panels at supracompetitive prices. Gustafson Gluek attorneys worked on a range of domestic and foreign discovery matters in prosecuting this case. The total settlement amount with all of the defendants was over $1.1 billion.

### *The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)

Gustafson Gluek was appointed interim Co-Lead Counsel representing a class of purchasers of hospital healthcare services. Plaintiffs alleged that Blue Cross Blue Shield of Michigan used its market position to negotiate contracts with hospitals that impeded competition and increased prices for patients. Gustafson Gluek worked to secure $29.9 million on behalf of the class.

## Consumer Protection

### *Baldwin et al. v. Miracle Ear et al.* (D. Minn.)

Gustafson Gluek represented consumers who received unwanted telemarketing

calls from HearingPro for the sale of Miracle Ear brand hearing aid products in violation of the Telephone Consumer Protection Act. Gustafson Gluek played an important role in recovering an $8 million settlement for the class.

### *Syngenta Corn Seed Litig.* **(Minn. & D. Kan.)**

Gustafson Gluek was appointed Co-Lead Counsel for a class of Minnesota corn farmers suing Syngenta for negligently marketing its Agrisure/Viptera corn seed before it had been approved in all the major corn markets.  Gustafson Gluek was an integral part of the litigation team in Minnesota, participating in all facets of discovery, motion practice and expert work. Dan Gustafson, one of the lead trial counsel was also appointed as part of the settlement team. Ultimately, these cases settled for $1.51 billion on behalf of all corn farmers in America.

### *In re Centurylink Sales Practices and Securities Litig.* **(D. Minn.)**

Gustafson Gluek was Chair of the Executive Committee and represented a class of current and former CenturyLink customers who were overcharged for their phone, internet or television services due to CenturyLink's unlawful conduct. Plaintiffs alleged that CenturyLink engaged in deceptive marketing, sales, and billing practices across dozens of states. Ultimately, Plaintiffs recovered $18.5 million in settlements for the class.

### *Yarrington, et al. v. Solvay Pharmaceuticals, Inc.* **(D. Minn.)**

Gustafson Gluek represented a class of individuals alleging unfair competition and false and deceptive advertising claims against Solvay Pharmaceuticals in the marketing of Estratest and Estratest HS, prescription hormone therapy drugs. Gustafson Gluek helped recover $16.5 million for the class.

## Data Breach

### *In re Equifax Inc. Customer Data Security Breach Litig.* **(N.D. Ga.)**

Gustafson Gluek represented a class of individuals whose personal information was compromised as the result of Equifax's deficient data security practices. Plaintiffs reached a settlement where Equifax agreed to pay $380 million

towards the fund for class benefits, $125 million for out-of- pocket losses, and credit monitoring and identity restoration services.

### *Landwehr v. AOL Inc.* (E.D. Va.)

Gustafson Gluek served as class counsel in this lawsuit, alleging that AOL made available for download to its members' search history data, which violated these AOL members' right to privacy under the Federal Electronic Communications Privacy Act. Plaintiffs reached a settlement with AOL that made $5 million available to pay the claims of class members whose search data was made available for download by AOL.

### *The Home Depot, Inc., Customer Data Security Breach Litig.* (N.D. Ga.)

Gustafson Gluek represented credit unions and a class of financial institutions whose members, using payment cards, had their data compromised as the result of Home Depot's deficient data security practices. These financial institutions lost time and money responding to the data breach. Plaintiffs reached a settlement agreement with Home Depot for $27.25 million for the class members.

### *Greater Chautauqua Federal Credit Union v. Kmart Corporation* (N.D. Ill.)

Gustafson Gluek served on the court-appointed Plaintiffs' Steering Committee representing a class of financial institutions whose card members' payment data was compromised as a result of Kmart's deficient data security practices. These financial institutions lost time and money responding to the data breach. Plaintiffs reached a $5.2 million settlement with K-Mart for the class.

### *Experian Data Breach Litig.* (C.D. Cal.)

Gustafson Gluek represented a class of consumers whose personally identifiable information, including Social Security numbers and other highly sensitive personal data, was compromised as the result of Experian's deficient data security practices. Many of these consumers lost time and money responding to the data breach, and they face an ongoing risk of identity theft, identity fraud,

or other harm. Plaintiffs reached a $22 million settlement and as a part of the settlement, defendants also agreed and have begun undertaking certain remedial measures and enhanced security measures, which they will continue to implement, valued at over $11.7 million.

# Product Liability

### *In re 3M Combat Arms Earplugs* (Minn.)

Gustafson Gluek served as co-lead counsel for veterans and service members seeking damages for hearing loss and related injuries due to the use of defective earplugs manufactured by 3M. Ultimately, Gustafson Gluek helped recover over $6 billion for over 250,000 individuals who had been injured by this product.

### *Bhatia v. 3M Co.* (D. Minn.)

Gustafson Gluek represented a class of dentists who bought 3M Lava Ultimate Restorative material for use in dental crowns. Gustafson Gluek was appointed as Co-Lead Counsel for Plaintiffs, who alleged that the 3M Lava material failed at an unprecedented rate, leading to substantial loss of time and money for the dentists and injury to the patients. Gustafson Gluek helped secure a settlement of approximately $32.5 million for all of the dentists who had suffered damages from the failure of this product.

### *Medtronic, Inc., Sprint Fidelis Leads Products Liability Litig.* (D. Minn.)

Gustafson Gluek was Lead Counsel representing Plaintiffs, who had Medtronic's Sprint Fidelis Leads implanted in them. Plaintiffs alleged that Medtronic's Sprint Fidelis Leads contained serious defects that caused the leads to fracture, resulting in unnecessary shocks. Ultimately, these cases settled for over $200 million on behalf of thousands of injured claimants who participated in the settlement.  The settlement included a seven-year claim period in which individuals who were registered to participate in the settlement could make a claim if their device failed or was removed within that period for reasons related

to the alleged defect.

### *Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn.)

Gustafson Gluek was appointed Co-Lead Counsel in this MDL representing individuals, who were implanted with certain implantable defibrillators manufactured by Medtronic, Inc. Plaintiffs alleged that these certain Medtronic's implantable cardioverter defibrillators (ICDs), and cardiac resynchronization therapy defibrillators (CRT-Ds) contained serious battery defects, which resulted in a recall of the products at issue. Plaintiffs alleged that Medtronic, Inc. knew about this defect, intentionally withheld important information from the FDA and the public and continued to sell the devices for implantation into patients facing life-threatening heart conditions. Gustafson Gluek, in its role as Co-Lead Counsel, helped secure a settlement of approximately $100 million for claimants who participated in the settlement.

## Intellectual Property & Patent Misuse

### *Augmentin Litig.* (E.D. Va.)

Gustafson Gluek represented a class of direct purchasers of the pharmaceutical drug, Augmentin. Plaintiffs alleged that defendant GlaxoSmithKline violated the antitrust laws by unlawfully maintaining its monopoly over Augmentin and preventing the entry of generic equivalents. Gustafson Gluek helped recover $62.5 million for the class.

### *Dryer, et al., v. National Football League* (D. Minn.)

The U.S. District Court for the District of Minnesota appointed Gustafson Gluek Lead Settlement Counsel in Dryer v. NFL. In that capacity, Gustafson Gluek represented a class of retired NFL players in protecting their rights to the use of their likenesses in marketing and advertising. Gustafson Gluek helped secure a settlement with the NFL that created unprecedented avenues of revenue generation for the class.

### *In re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litig.* (E.D.N.Y.)

Gustafson Gluek represented a proposed class of End-Payor Plaintiffs in this antitrust class action. Plaintiffs alleged that defendant Allergan engaged in a multifaceted conspiracy to delay generic competition for its brand-name drug Restasis. Gustafson Gluek helped recover $30 million for the class.

### *Spine Solutions, Inc., et al. v. Medtronic Sofamore Danek, Inc., et al.* **(W.D. Tenn.)**

Gustafson Gluek was one of the counsel representing the plaintiff, Spine Solutions, Inc. and Synthes Spine So., L.P.P., in a patent litigation against Medtronic Safamor Danek, Inc. and Medtronic Sofamor Donek, USA. The patent at issue in that case involved technology relating to spinal disc implants. This case went to trial in November 2008 and a jury verdict was returned in favor of our clients. The jury found willful infringements and awarded both lost profits and reasonable royalty damages to our clients.

### *In re Wellbutrin SR Antitrust Litig.* **(E.D. Pa.)**

Gustafson Gluek played an integral role in this pharmaceutical class action. The firm represented direct purchasers of Wellbutrin SR, who alleged that defendant GlaxoSmithKline defrauded the U.S. Patent and Trademark Office and filed sham lawsuits against its competitors, which delayed the availability of the generic version of Wellbutrin SR to consumers. As a result of this delay, Plaintiffs alleged that they paid more for Wellbutrin SR than they would have if the generic version had been available to them. Gustafson Gluek was actively involved in the investigation, discovery, motion practice, and trial preparation for this case and served an essential role in the mediation that resulted in a $49 million settlement to the direct purchasers.

# APPELLATE ADVOCACY

Gustafson Gluek has experienced, seasoned appellate advocates who can assist in getting the right result. Because Gustafson Gluek attorneys have tried complex cases to jury and bench verdicts, they understand how important the trial court is to a successful appeal.

Gustafson Gluek's appellate attorneys draw from many years of experience practicing before courts at every level of the state and federal system. They have successfully briefed and argued a variety of complex class and non-class cases and been called upon by peers to assist in the appellate process for their clients as well. In addition, they have frequently written briefs and appeared as amicus curiae (friend of the court) on behalf of several professional organizations.

Gustafson Gluek appellate attorneys are admitted to practice in the following appellate courts:

- First Circuit Court of Appeals
- Third Circuit Court of Appeals
- Fifth Circuit Court of Appeals
- Eighth Circuit Court of Appeals
- Ninth Circuit Court of Appeals
- Eleventh Circuit Court of Appeals
- Minnesota State Court of Appeals
- Minnesota Supreme Court
- United States Supreme Court

The following is a representative list of cases in which Gustafson Gluek attorneys argued before the Eighth Circuit include:

- *Graves, et al v. 3M Company*

- *Bryant, et al. v. Medtronic, Inc., et al.*

- *Dryer, et al. v. National Football League*

- *Graves v. 3M Company*

- *Haddock v. LG Electronics USA, Inc.*

- *Rick, et al. v. Wyeth, Inc., et al.*

- *Karsjens, et al. v. Piper, et al.*

- *LaBrier v. State Farm Fire and Casualty Co.*

- *MN Senior Foundation, et al. v. United States, et al.*

- *Larson v. Ferrellgas Partners*

- *Smith v. Fairview Ridges Hospital*

- *Song v. Champion Pet Foods USA, Inc.*

- *Beaulieu v. State of Minnesota*

# Practice Areas and Current Cases

## Antitrust

Gustafson Gluek PLLC is devoted to the prosecution of antitrust violations. Gustafson Gluek attorneys have litigated antitrust cases in federal and state courts across the United States.

Federal and state antitrust laws are designed to protect and promote competition among businesses by prohibiting price fixing and other forms of anticompetitive conduct. Violations can range from straight forward agreements among competitors to raise prices above competitive prices to complicated schemes that affect relationships between different levels of a market.

Ongoing prosecution of these illegal schemes helps protect the average consumer from being forced to pay more than they should for everyday goods. Below are some representative antitrust cases that Gustafson Gluek is currently involved in:

### *Colon v. NCAA (E.D. CA)*

Gustafson Gluek represents a potential class of Division I College Coaches who had been designated by the NCAA as "Volunteer Coaches" and not allowed to receive any wages or benefits for their service.  Plaintiffs allege that the NCAA actively suppressed wages of these Division I Collegiate coaches in violation of the federal antitrust laws.

### *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek is part of the Co-Lead counsel team for class of commercial indirect purchasers such as restaurants. The case alleges chicken suppliers colluded to artificially restrict the supply and raise the price of chicken in the United States. As part of the Co-Lead counsel team, Gustafson Gluek helped defeat several of the defendants' motions for summary judgment, succeeded in getting the class certified and prepared the case for trial.  To date we have helped recover over $100 million in settlements from seven defendants.

### *In re Crop Inputs Antitrust Litig.* **(E.D. Mo.)**

Gustafson Gluek is Co-Lead counsel representing a class of farmers alleging that manufacturers, wholesalers and retailers conspired to artificially increase and fix the price of crop inputs (e.g., seeds, fertilizers, pesticides) used by farmers.

### *In re Deere & Company Repair Services Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek has been appointed as Co-Lead counsel on behalf of a proposed class of farmers who purchased repair services from John Deere. Plaintiff alleges Deere monopolized the market for repair and diagnostic services for its agricultural equipment in order to inflate the price of these services.

### *In re Disposable Contact Lens Antitrust Litig.* **(M.D. Fla.)**

Gustafson Gluek represents a class of individuals who purchased contact lenses made by Alcon, CooperVision, Bausch + Lomb, and Johnson & Johnson. Plaintiffs allege that these manufacturers unlawfully conspired to impose minimum resale price agreements on retailers, which restricts retailers' ability to lower prices to consumers. The class was certified, and Gustafson Gluek attorneys were members of the trial team. Ultimately the case settled with all the defendants and that settlement received final approval from the Court.

### *In re Domestic Airline Travel Antitrust Litig.* **(D.D.C.)**

Gustafson Gluek is part of a team representing passengers of the airlines alleging antitrust violation against various airlines. The court denied defendants' motion to dismiss. Discovery has concluded and summary judgement motions have been submitted. There have been settlements with two of the defendants in this litigation to date.

### *In re DPP Beef Litig.* **(D. Minn.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of direct purchasers of beef. Plaintiffs allege that Cargill JBS, Tyson and National

Beef Packing Company conspired to fix and maintain the price of beef in violation of the federal antitrust laws resulting in supracompetitive prices for beef. This litigation is ongoing, but plaintiffs have reached a $52.5 million settlement with one defendant.

### *In re Fragrance Indirect Purchaser Antitrust Litig.* (D.N.J.)

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of indirect purchasers of fragrances and fragrance ingredients. Plaintiffs allege that the world's largest fragrance manufacturers conspired to fix and maintain the price of fragrances and fragrance ingredients in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and proposed class they seek to represent.

### *In re Generic Pharmaceuticals Pricing Antitrust Litig.* (E.D. Pa.)

Gustafson Gluek represents a class of Direct Purchaser Plaintiffs and is part of a team of law firms alleging anti-competitive conduct by more than twenty generic drug manufacturers with respect to more than 100 generic drugs, including drugs used to treat common and serious health conditions such as diabetes and high blood pressure. Cases have been brought on behalf of several distinct groups of plaintiffs, including Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, multiple individual plaintiffs, and the State AGs. There are currently more than a dozen separate cases related to various drugs, which have been organized into three groups for the purposes of case management. The court has denied the motion to dismiss, and discovery is ongoing.

### *In re Google Digital Publisher Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek has been appointed to the Leadership Committee representing a class of publishers who sold digital advertising space via Google. Plaintiffs allege that Google's anticompetitive monopolistic practices led to digital publishers being paid less for their advertising space than they otherwise would have been paid in a competitive market.

### *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation* (ND Cal.)

Gustafson Gluek is representing the End User Purchaser plaintiffs who purchased products containing Hard Disk Drive ("HDD") Suspension Assemblies. Plaintiffs allege that manufacturers TDK, NHK, and their respective subsidiaries entered into a cartel agreement to fix prices of HDD suspension assemblies. Defendants' summary judge was denied and motion for class certification is pending. This litigation is ongoing.

### *In re Packaged Seafood Products Antitrust Litig.* **(S.D. Cal.)**

Plaintiffs alleged that a cartel of the largest producers of tuna products in the United States conspired to fix and maintain prices of shelf-stable packaged tuna in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and the proposed class. Gustafson Gluek represented plaintiffs and a class of end-payer plaintiffs who purchased packaged tuna products.

### *In re Pork Antitrust Litig.* **(D. Minn.)**

Gustafson Gluek has been appointed Co-Lead counsel for a class of indirect purchasers of pork products.  Plaintiffs allege that the Defendants violated the federal antitrust laws resulting in supracompetitive prices for pork. The Class was certified and there have been settlements reached with certain defendants for over $90 million dollars.  The litigation continues against the remaining defendants.

### *Powell Prescription Center, et al. v. Surescripts, LLC, et al.* **(N.D. Ill.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of pharmacies alleging that defendants Surescripts, RelayHealth, and Allscripts Healthcare Solutions conspired to monopolize and restrain trade in the e-prescription services market in violation of the antitrust laws. This litigation is ongoing, but plaintiffs have reached a $10 million settlement with defendant RelayHealth.

## Consumer Protection

Gustafson Gluek PLLC has led class action lawsuits on behalf of consumers alleging consumer protection violations or deceptive trade practices. These cases involve claims related to the false marketing of life insurance, defective hardware in consumer computers, misleading air compressor labeling, and rental car overcharges. Below are some representative cases involving consumer protection claims that Gustafson Gluek is currently litigating:

### *Broadway v. Kia America, Inc.* **(D. Minn.)**

Gustafson Gluek represents proposed nationwide classes of people who purchased certain models of Kia and Hyundai automobiles that lack an engine immobilizer which makes those vehicles unsafe and prone to theft.

### *Crowell, et al., v. FCA USA LLC* **(D. Del.)**

Gustafson Gluek serves as interim co-lead counsel in case representing individuals who purchased Jeep 4XE vehicles at a substantial premium only to find that the electric battery does not operate as advertised and does not allow the vehicle to drive in electric only mode. The vehicles will get locked out of the battery operation and require a trip to the dealership to repair them.

### *Gisairo, et al. v. Lenovo (United States) Inc.* **(D. Minn.)**

Gustafson Gluek represents proposed classes of consumers who purchased various Lenovo laptop computers. These computers suffer from a common hinge failure that renders the products partially or completely useless.

### *In re: Nurture Baby Food Litig.* **(S.D.N.Y.)**

Gustafson Gluek represents proposed nationwide classes of consumers that purchased HappyBaby or HappyTots baby food products. Plaintiffs allege that these baby foods were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *In re: Pacific Market International, LLC, Stanley Tumbler Litig.* (W.D. Wa.)

Gustafson Gluek serves on the interim executive committee representing a proposed class of individuals who purchased the popular Stanley line of mugs. Unbeknownst to those consumers, Stanley mugs are manufactured using toxic lead.

### *In re Plum Baby Food Litig.* (N.D. Cal.)

Gustafson Gluek represents proposed nationwide classes of consumers who purchased Plum Organics baby food products. Plaintiffs allege that these baby foods were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *In re Recalled Abbott Infant Formula Products Liability Litig.* (N.D. Ill.)

Gustafson Gluek represents proposed nationwide classes of consumers that purchased infant formula products manufactured, marketed, and sold by Abbott. Plaintiffs allege that these baby formula products were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *In re Theo's Dark Chocolate Litig.* (N.D. Cal.)

Gustafson Gluek represents proposed nationwide classes of consumers that purchased Trader Joe's dark chocolate products. Plaintiffs allege that these dark chocolate products were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *In re Trader Joe's Co. Dark Chocolate Litig.* (S.D. Cal.)

Gustafson Gluek represents proposed nationwide classes of consumers that purchased Trader Joe's dark chocolate products. Plaintiffs allege that these dark chocolate products were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *Kevin Brnich Electric LLC, et al. v. Siemens Industry, Inc.* (N.D. Ga.)

Gustafson Gluek represents a proposed class of electricians and consumers who purchased Siemens Ground Fault Circuit Interrupter products. These products are prone to premature nuisance faulting.

### *Krohn v. Pacific Market International, LLC* (W.D. Wa.)

Gustafson Gluek represents a proposed class of individuals who purchased the popular Stanley line of mugs. Unbeknownst to those consumers, Stanley mugs are manufactured using toxic lead.

### *Thelen, et al, v HP Inc.* (D. Del.)

Gustafson Gluek represents proposed classes of consumer who purchased various HP laptop computers. These computers suffer from a common hinge defect that renders the products partially or completely useless.

## CONSTITUTIONAL LITIGATION

Gustafson Gluek is devoted to the protection of the constitutional liberties of all individuals. The Firm has litigated several cases at the federal court level on matters involving civil commitment, police brutality, prisoner mistreatment and government misuse of private property. Below are some representative cases involving constitutional claims that Gustafson Gluek is currently litigating or has recently litigated:

### *Doe v. Hanson et al.* (Minn.)

Gustafson Gluek represents a former juvenile resident of Minnesota Correctional Facility – Red Wing who alleges he was sexually assaulted by a staff member over the course of several years. Despite alleged knowledge of the risk of the abuse to the juvenile, the Correctional Facility did nothing to protect the juvenile. A settlement was reached in 2021, which included significant financial compensation for the victim, required additional training for the MCF-Red Wing staff, and 3 policy changes at MCF-Red Wing.

### *Carr v. City of Robbinsdale* (Minn.)

Gustafson Gluek represented an individual whose car was seized by the Robbinsdale police. The client was a passenger in her car, when the driver was pulled over and arrested for driving under the influence.  The officer seized the car pursuant to Minnesota's civil forfeiture statute.  Gustafson Gluek filed a complaint challenging the constitutionality of the Minnesota civil forfeiture laws. However, prior to any meaningful litigation, the parties were able to settle the case.

### *Khottavongsa v. City of Brooklyn Center* (D. Minn.)

Gustafson Gluek represented the family of a man killed by Brooklyn Center police in 2015. Gustafson Gluek brought section 1983 claims, alleging the officers used excessive force and ignored his medical needs, and that the City of Brooklyn Center failed to train and supervise the officers. Defendant's motion for summary judgment was largely defeated.  The case settled prior to trial.

### *Hall v. State of Minnesota* (Minn.)

Gustafson Gluek successfully litigated a case against the State of Minnesota regarding the State's Unclaimed Property Act. On behalf of plaintiffs, the Firm achieved a ruling that a portion of the State's Unclaimed Property Act was unconstitutional and, as a result, the statute was changed, and property returned to individuals.

### *Karsjens, et al. v. Jesson, et al.* (D. Minn.)

Gustafson Gluek represents a class of Minnesota's civilly committed sex offenders on a pro bono basis through the Federal Bar Association's Pro Se Project. Gustafson Gluek has been litigating this case since 2012, alleging that Minnesota's civil commitment of sex offenders is unconstitutional and denies the due process rights of the class. After a six-week trial in February and March of 2015, Minnesota District Court Judge Donovan Frank found in favor of the class, ruling that the Minnesota Sex Offender Program (MSOP) is unconstitutional, and ordering that extensive changes be made to the program.  That order was reversed on appeal. Gustafson Gluek continues to vigorously advocate for the

class on the remaining claims and pursue a resolution that will provide constitutional protections to those civilly committed to the MSOP.

### *Jihad v. Fabian* (D. Minn.)

Gustafson Gluek represented an individual bringing suit against the State of Minnesota, the Department of Corrections and others alleging violations of his religious rights relating to his incarcerations in the Minnesota Corrections Facility in Stillwater. Gustafson Gluek was able to secure a settlement for the plaintiff which involved a change in the Department of Corrections policy to provide plaintiff with halal-certified meals at the correction facilities.

### *Samaha, et al. v. City of Minneapolis, et al.* (D. Minn.)

Gustafson Gluek is representing several peaceful protestors who were subject to excessive force at the George Floyd protests in May 2020.  While peacefully protesting, the plaintiffs were subjected to tear gas, pepper spray and other violence.  The case sought declaratory and injunctive relief, including a judgment that the City of Minneapolis has a custom, policy and practice of encouraging and allowing excessive force.

### *Wolk v. City of Brooklyn Center, et al.* (D. Minn.)

Gustafson Gluek is representing a peaceful protestor who was subject to excessive force at the Daunte Wright protests in April 2021. While peacefully protesting, the plaintiff was subjected to tear gas, pepper spray, and was shot by a less lethal munition. The case is on-going and seeks both damages and injunctive relief to change the policies of the law enforcement agencies that were involved.

## DATA BREACH

Gustafson Gluek PLLC is actively involved in several major data breach cases across the country. Our attorneys work to protect and defend individuals' sensitive personally identifiable information and hold companies accountable when their online security measures fail to protect that valuable information. Our

team works on all aspects of these fast-paced cases from investigating breaches, to litigating cases, to reaching favorable resolutions for our clients. As set forth below, attorneys at Gustafson Gluek serve in key leadership roles representing consumers in regional and national data breach cases.

### *In re* 23AndMe, Inc., Customer Data Security Breach Litigation (N.D. Cal.)

Gustafson Gluek represents a proposed class of individuals whose sensitive personally identifiable genetic and health information was accessed by unauthorized persons.  This case is in its early stages and has recently been consolidated in the Northern District of California.

### *In re AT&T, Inc. Customer Data Security Breach Litigation* (ND. Tex.)

Gustafson Gluek represents a proposed class of 73 million current and former AT&T customers whose sensitive personally identifiable information was accessed by unauthorized third parties.

### *Mackey v. UnitedHealth Group Inc. et al.* (D. Minn.)

Gustafson Gluek represents a proposed class of millions of individuals who had their Personally Identifiable Information ("PII") accessed by unauthorized parties. That information was stored and controlled by Change Healthcare, Inc., a subsidiary of UnitedHealth Group that specializes in payment management services in the healthcare industry. This case is in the early stages of litigation.

### *Mekhail v. North Memorial Health Care* (D. Minn.)

Gustafson Gluek serves as counsel representing a proposed class of individuals who had their personally identifiable information ("PII") tracked on North Memorial's website and shared with Meta/Facebook for impermissible marketing purposes in contravention to US Department of Health and Human Services guidelines.

### *In re Netgain Technology, LLC Consumer Data Breach Litigation* (D. Minn.)

Gustafson Gluek serves on the Interim Executive Committee in this matter, where over 800,000 individuals had their sensitive personal information such as billing

information, Social Security numbers, patient identifiers, and more were stolen by cyber criminals.

### *Okash v. Essentia Health* **(D. Minn.)**

Gustafson Gluek serves as counsel representing a proposed class of individuals who had their personally identifiable information ("PII") tracked on North Memorial's website and shared with Meta/Facebook for impermissible marketing purposes in contravention to US Department of Health and Human Services guidelines.

### *Quaife v. Brady Martz & Associates PC* **(D. ND)**

Gustafson Gluek has been appointed interim co-lead counsel in a case alleging that individuals had their personally identifiable information ("PII") accessed by unauthorized third parties. That information was controlled by Defendant Brady Martz & Associates, PC, which is a firm offering accounting, tax, and audit services. The information in question includes financial account numbers, debit/credit card numbers, security codes, passwords, and PINs.

### *Salinas, et al. v. Block, Inc. et al.* **(N.D. Cal.)**

Gustafson Gluek represents a proposed class of millions of consumers whose financial records and information were accessed by unauthorized third parties. This case has reached a proposed settlement valued at $15 million plus injunctive relief.

# PRODUCT LIABILITY

Sometimes, consumers are injured by the products they purchase. Products liability is an area of law that seeks to hold manufacturers of products that have injured individuals responsible for the injuries their defective products caused.

These defective products range from medical devices to vehicles to diapers and many others.  Gustafson Gluek PLLC represents consumers against

the manufacturers of these defective products and has been able to achieve sizable recoveries on behalf of injured individuals. Below are some representative product liability cases that Gustafson Gluek is currently litigating:

### *In re FCA US LLC Monostable Electronic Gearshift Litig.* **(E.D. Mich.)**

Gustafson Gluek serves on the Plaintiffs' Steering Committee and represents individuals who owned or leased 2012-2014 Dodge Chargers, 2014-2015 Chrysler 300s, and 2014-2015 Jeep Grand Cherokees.  Plaintiffs allege that these vehicles contain defective gearshifts, which allow vehicles to roll away out of the park position. Issue classes have been conditionally certified.

### *Krautkramer et al., v. Yamaha Motor Corporation, U.S.A.* **(D. Minn.)**

Gustafson Gluek represents a proposed class of individuals who own or lease a range of Yamaha off-road vehicles.  Plaintiffs allege that these vehicles are subject to overheating and engine failure due to a defect in the vehicle engines.

### *Mackie et al v. American Honda Motor Co., Inc. et al.* **(D. Minn.)**

Gustafson Gluek represents a proposed class of consumers who purchased or leased 2019-2021 Honda CR-V and Civic vehicles, and 2018-2021 Accord vehicles equipped with "Earth Dreams" 1.5L direct injection engines. Plaintiffs allege that these vehicles contain an engine defect which causes fuel contamination of the engine oil resulting in oil dilution, decreased oil viscosity, premature wear and ultimate failure of the engines, engine bearings, and other internal engine components, and an increased cost of maintenance.

### *Reynolds, et al., v. FCA US, LLC* **(E.D. Mich.)**

Gustafson Gluek represents a proposed class of individuals who owned or leased 2018-2020 Jeep Wrangler and 2020 Jeep Gladiator vehicles.  Plaintiffs allege that these vehicles contain a defective front axle suspension system that causes the steering wheel to shake violently while operating at highway speeds.

### *Rice v. Electrolux Home Prod., Inc.* (M.D. Pa.); *Gorczynski v. Electrolux Home Products, Inc.* (D.N.J.)

Gustafson Gluek represents classes of individuals who own an Electrolux microwave with stainless-steel handles.  Plaintiffs in these cases allege that these certain microwaves, which were sold to be placed over a cooktop surface, have stainless steel handles that can heat to unsafe temperatures when the cooktop below is in use.

### *Woronko v. General Motors, LLC* (E.D. Mich.)

Gustafson Gluek represents a proposed class of individuals who owned or leased 2015-2016 Chevrolet Colorado and GMC Canyon vehicles.  Plaintiffs allege that these vehicles are equipped with a defective electrical connection that causes the vehicles to lose power steering while driving under a variety of conditions. This case is in the initial pleading stage.

# Pro Bono & Community

Gustafson Gluek recognizes that those who provide legal services are in a unique position to assist others. The Firm and its members strongly believe in giving back to the community by providing legal services to those in need. The law can make an immense difference in an individual's life; however, effectively navigating the legal system is not an easy task. Providing pro bono legal services promotes access to justice, by giving counsel to those who otherwise would not have it.

In keeping with this commitment to providing representation to those who otherwise do not have access to representation, Dan Gustafson was one of four lawyers who helped develop and implement the Minnesota *Pro Se* Project for the Minnesota Chapter of the Federal Bar Association. Because the Federal Bar Association did not have funding for the project, Gustafson Gluek volunteered to administer the Project during its inaugural year, starting in May 2009, devoting extensive resources to matching pro se litigants with volunteer counsel. In 2010, Chief Judge Michael Davis of the District of Minnesota awarded Dan Gustafson a Distinguished Pro Bono Service Award for "rising to the Court's challenge of bringing the idea of the *Pro Se* Project to fruition and nurturing the Project into its current form." Gustafson Gluek has continued representing clients through the *Pro Se* Project since that time.

# Gustafson Gluek Supports the Following Volunteer Organizations

- American Antitrust Institute
- The American Constitutional Society
- Association of Legal Administrators – MN Chapter
- Children's Law Center
- Cookie Cart
- COSAL
- Division of Indian Work
- Domestic Abuse Project
- Federal Bar Association
- Federal *Pro Se* Project
- Great North Innocence Project
- Hennepin County Bar Association
- Innocence Project of MN
- Infinity Project
- Lawyers Concerned for Lawyers
- Minnesota Hispanic Bar Association
- Minnesota Paralegal Association
- Minnesota State Bar Association
- Minnesota Women Lawyers
- MN Chapter of the Federal Bar Association
- Page Education Foundation
- Southern MN Regional Legal Services
- The Fund For Mid-Minnesota Legal Aid
- Volunteer Lawyers Network
- Twin Cities Diversity In Practice

# OUR PROFESSIONALS

# DANIEL C. HEDLUND



Daniel C. Hedlund is a member of Gustafson Gluek PLLC, having joined the Firm in 2006. Throughout his legal career, Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection, and, in 2021, Mr. Hedlund was named Co-Chair the Firm's antitrust litigation team.

Mr. Hedlund is admitted to practice in the United States District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, and in Minnesota State Court. He is a member of the Federal, American, Minnesota, and Hennepin County Bar associations. Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association (FBA), recently completing a term as President for the Minnesota chapter of the FBA. He has previously served in several roles for the Minnesota Chapter including: Co-Vice President for the Eighth Circuit, Co-Vice President Legal Education; Co-Vice President, Special Events; Co-Vice President, Monthly Meetings; Secretary; and Liaison between the FBA and the Minnesota State Bar Association. He has served as Chairman for the Antitrust Section of the Minnesota State Bar Association (MSBA), Secretary for the MSBA Consumer Litigation Section, and is past President of the Committee to Support Antitrust Laws. In addition, he has been appointed twice by the Court to serve on Panels for Magistrate Judge Selection in the District of Minnesota.

In addition to presenting at numerous CLEs, Mr. Hedlund has testified multiple times before the Minnesota legislature on competition law, and before the Federal Rules Committee.

From 2013-2023, he has been designated as a Minnesota "Super Lawyer," in the field of antitrust law. He was also ranked in the Top 100 Minnesota Lawyers by *Super Lawyers* in 2015 and 2017-2021. Mr. Hedlund has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project and

is the recipient of the Minnesota District Court's Distinguished *Pro Bono* Service Award in 2011.

Mr. Hedlund served as a law clerk on the Minnesota Court of Appeals (1997) and in the Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Beef DPP Antitrust Litig. (*D. Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)
- *Bhatia v. 3M Co.* (D. Minn.)
- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *Kleen Prods. v. Intl. Paper (Containerboard Antitrust Litig.)* (N.D. Ill.)
- *In re CenturyLink Sales Practices and Securities Litig.* (D. Minn.)
- *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)
- *In re DRAM Antitrust Litig.*

## Additional Background Information

### Education:
- Juris Doctor (1995)
  - University of Minnesota Law School
    - Note and Comment Editor: Minnesota Journal of Global Trade
- Bachelor of Arts (1989)
  - Carleton College

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

### Recognition:

- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2013 – 2023)
- Ranked in Top 100 Minnesota Lawyers by *Super Lawyers* (2015, 2017 – 2021)
- Minnesota District Court's Distinguished Pro Bono Service Award (2011)
- Recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994)

**Publications:**

- Co-Authored "Plaintiff Overview" in Private Antitrust Litigation 2015 – Getting the Deal Through
- Contributor to Concurrent Antitrust Criminal and Civil Procedure 2013 – American Bar Association

# DANIEL J. NORDIN



Daniel J. Nordin joined Gustafson Gluek PLLC as an associate in 2011 after graduating from the University of Minnesota law school.  Since joining the Firm, he has practiced in the areas of antitrust and consumer protection, representing primarily small businesses and individuals bringing claims against large corporations. Mr. Nordin became a member of Gustafson Gluek in 2019.

In addition to his day-to-day practice, Mr. Nordin has represented several individuals through the Minnesota Federal Bar's *Pro Se* Project, a program that matches pro se litigants with pro bono attorneys.

Mr. Nordin is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.  He is also a member of the Federal Bar Association and the Minnesota Bar Association.

In law school, Mr. Nordin was a Managing Editor on the *Minnesota Journal of Law, Science & Technology*. He also volunteered as a Tenant Advocate with HOME Line, a nonprofit tenant advocacy organization, through the University of Minnesota Law School's Public Interest Clinic.

Mr. Nordin has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *Google Digital Publisher Antitrust Litig.* (S.D.N.Y.)
- *In re Crop Inputs Antitrust Litig.* (E.D. Mo.)
- *Jones v. Varsity Brands, LLC* (W.D. Tenn.)
- *In re Hard Disk Drive Suspension Assemblies Antitrust Litig.* (N.D. Cal.)
- *In re Surescripts Antitrust Litigation* (N.D. Ill.)
- *In re FICO Antitrust Litig.* (N.D. Ala.)
- *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)

- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.)
- *In re Resistors Antitrust Litig.* (N.D. Cal.)
- *The Shane Group, Inc., et al., vs. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *In re Parking Heaters Antitrust Litig.* (E.D.N.Y.)
- *In re Drywall Antitrust Litig.* (E.D. Pa.)

## Additional Background Information

**Education:**
- Juris Doctor (2011)
  - University of Minnesota Law School
    - Magna cum laude
    - Managing Editor:  Minnesota Journal of Law Science & Technology
- Bachelor of Arts (2007)
  - University of Minnesota
    - with distinction

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the Easter District of Michigan

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2018 – 2022)
- MSBA North Star Lawyer (2020, 2023)

# JOE NELSON



Joe Nelson joined Gustafson Gluek PLLC as an associate in November 2022 after clerking for the Honorable Kate Menendez at the United States District Court for the District of Minnesota and the Honorable James B. Florey at the Minnesota Court of Appeals.

Since joining the Firm, Mr. Nelson has been practicing in the areas of antitrust, product defect, consumer protection and civil rights.  He has delved into constitutional issue for pro bono cases at Gustafson Gluek and has been investigating potential product defect cases.

Mr. Nelson graduated *cum lade* from Mitchell-Hamline School of Law in 2019. While in law school, he served as an editor on the Mitchell-Hamline Law Review and volunteered with the Self-Help Clinic, which helps individuals represent themselves in court. He also clerked for a Twin Cities plaintiff's employment law firm.

Mr. Nelson is committed to the protection of civil rights, consumer safety, and fair competition.

**Additional Background Information**

**Education:**
- Juris Doctor (2019)
  - Mitchell-Hamline School of Law
    - Editor: Minnesota Mitchell-Hamline Law Review

- Bachelor of Arts (2014)
  - Saint John's University

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota