**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY SERRA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>NEW ENGLAND PATRIOTS LLC,<br><br>                Defendant. | Case No. 4:24-cv-40022-MRG<br><br>Hon. Margaret R. Guzman |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiff Anthony Serra, through undersigned counsel and on behalf of the proposed Settlement Class, respectfully moves this Court pursuant to Federal Rule of Civil Procedure Rule 23(e) for entry of an Order for:[1] (1) final approval of the Settlement; (2) final appointment of Plaintiff as Class Representative for the Settlement Class; (3) final appointment of Berman Tabacco, Gustafson Gluek, PLLC, Wexler Boley & Elgersma LLP, and Taus, Cebulash & Landau, LLP as Class Counsel; (4) final certification of the Settlement Class; (4) finding notice to the Settlement Class was sufficient in the form and manner thereof; and (5) overruling any objections in all respects.

In support of this Motion, Plaintiff respectfully submits his Memorandum of Law in Support of Plaintiff's Motion for Final Settlement the Declaration of Kevin Landau, Esq. in Support of Plaintiff's Motion for Final Settlement and Attorneys' Fees, Litigation Costs, and Service Award

---

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the proposed Class Action Settlement ("Settlement" or "Settlement Agreement"). The Settlement Agreement and its exhibits are attached as Exhibit 1 to the Declaration of Nathaniel L. Orenstein in Support of Plaintiff's Motion for Final Approval of Class Action Settlement (ECF No 68-1).

1

and exhibits thereto, as well as the attached Proposed Order Preliminarily Approving Proposed Class Action Settlement.

Defendant does not oppose the relief requested in this Motion.

Dated: August 13, 2025

Respectfully submitted,

**PLAINTIFF ANTHONY SERRA**

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO #709220)
**BERMAN TABACCO**
One Liberty Square Boston, MA 02109
Telephone: (617) 542-8300
norenstein@bermantabacco.com
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

Kevin Landau
Brett Cebulash
Joshua O. Hall
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A, New York, NY 10038
Tel: 212-931-0704
klandau@tcllaw.com bcebulash@tcllaw.com
jhall@tcllaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Joe E. Nelson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
jnelson@gustafsongluek.com

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450,
Chicago, IL 60606
Tel: 312-346-2222
Fax: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

*Counsel for Plaintiff*

## RULE 7.1(a)(2) CERTIFICATION

Counsel for Plaintiff certifies that they have conferred with Defendant's counsel, who do not oppose the relief requested herein.

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein

## CERTIFICATE OF SERVICE

I, Nathaniel L. Orenstein, hereby certify that on August 13, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: August 13, 2025                              */s/ Nathaniel L. Orenstein*
                                                     Nathaniel L. Orenstein